

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 11, 2019

**BY ECF**
The Honorable Victor Marrero
United States District Court Judge
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Donneille Penaflor*, 18 Cr. 800 (VM)

Dear Judge Marrero:

    The Government writes, with the consent of defense counsel, to request that the Court adjourn the trial date in the above-captioned matter for at least sixty days. Defense counsel has been engaged in a multi-week trial in state court that has delayed plea negotiations, but the parties anticipate a resolution within the next few weeks. The adjournment will allow the parties time to finalize a plea, or, alternatively, if no plea is reached, give defense counsel adequate time to prepare for trial.

    Should the Court grant this request, the parties also request that the time until the control date be excluded in the interests of justice, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Sheb Swett
    Assistant United States Attorney
    (212) 637-6522

cc:    Scott Tulman, Esq. (by ECF)