```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

— against —

DONEILLE PENAFLOR,

                    Defendant.

18 CR 800(VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

**VICTOR MARRERO, United States District Judge.**

The Government (see Dkt. No. 23), with the consent of counsel for the above named defendant, requests that the subsequent conference currently scheduled for Friday, December 6, 2019 at 2:45 p.m. be adjourned. The conference shall be scheduled for January 17, 2020 at 10:45 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act to January 17, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
       4 December 2019

_____
Victor Marrero
U.S.D.J.