USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :    18 CR 800
    -against-                       :    ORDER
                                    :
Donneille Penaflor
                                    :
        Defendant
                                    :
-----------------------------------X

Victor Marrero, United States District Judge:

ORDERED that the defendant's bail be modified to remove home detention and GPS monitoring conditions.

Dated: New York, New York
       February 11, 2020

                              SO ORDERED

                              Victor Marrero
                              United States District Judge